UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JEFFREY W. TAM, | No. C 12-5858 MEJ |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| PATRICK R. DONAHOE, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable Susan Illston for the purpose of considering whether it is related to the following case: *Tam v. Potter*, Case No. C07-2747 SI.

**IT IS SO ORDERED.**

Dated: April 24, 2013

_____
Maria-Elena James
United States Magistrate Judge